**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| KEESHA COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 3:10-0924 |
| v. | ) Judge Trauger |
| | ) |
| METROPOLITAN LIFE INSURANCE | ) |
| COMPANY and VERIZON WIRELESS | ) |
| HEALTH AND WELFARE BENEFITS PLAN, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

The parties have submitted a Proposed Case Management Plan that is satisfactory with the court. (Docket No. 13) It is therefore **ORDERED** that the initial case management conference scheduled for January 10, 2011 is **CANCELLED**.

It is so **ORDERED**.

ENTER this 7th day of January 2011.

_____
ALETA A. TRAUGER
U.S. District Judge