Motion DENIED as MOOT.

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | | |
|---|---|---|
| KEESHA COOPER, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:10-cv-924** |
| METROPOLITAN LIFE INSURANCE COMPANY, and | § § § § | |
| VERIZON WIRELESS HEALTH AND WELFARE BENEFITS PLAN, | § § § § | |
| Defendants. | § | |

## JOINT MOTION TO CANCEL THE CASE MANAGEMENT CONFERENCE, OR, IN THE ALTERNATIVE, TO EXCUSE COUNSEL FROM ATTENDING IN PERSON

Plaintiff Keesha Cooper ("Plaintiff") and Defendants Metropolitan Life Insurance Company ("MetLife") and Verizon Wireless Health and Welfare Benefits Plan respectfully request that this Court cancel the Case Management Conference ("CMC") in this matter, scheduled for Monday January 10, 2011, or, alternatively, to excuse their lead counsel from attending in person, due to projected inclement weather in Nashville and the fact that Plaintiff's counsel's office is in Chattanooga.

Plaintiff filed this matter against the Defendants, asserting that she was wrongfully denied long term disability benefits. The Court thereafter entered an Order requiring that counsel for the parties attend a CMC on Monday January 10, 2011. Plaintiff is represented in this matter by Eric L. Buchanan ("Mr. Buchanan"), R. Scott Wilson ("Mr. Wilson"), and Jeremy L. Bordelon ("Mr. Bordelon"). Mr. Buchanan, Mr. Wilson, and Mr. Bordelon practice in Chattanooga, Tennessee. Mr. Bordelon is acting as lead counsel for the Plaintiff in this matter.