UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | |
|---|---|
| KEESHA COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No 3:10-cv-924 |
| ) | |
| METROPOLITAN LIFE INSURANCE ) | Electronically Filed |
| COMPANY and VERIZON WIRELESS ) | |
| HEALTH AND WELFARE PLAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

# ~~PROPOSED~~ ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties filed their Joint Motion to Modify the Case Management Order by extending the deadlines for the parties to file their respective cross-motions for judgment on the ERISA administrative claim file, as well as briefs in response to the opposing party's cross-motion and any reply briefs, in order to provide the parties with sufficient opportunity to fully explore settlement of the Plaintiff's claims.

Based on its review of the Joint Motion and its consideration of the submissions of the parties, the pleadings and the papers filed in this action, the Court finds sufficient cause to grant the parties' request to modify the Case Management Order by extending the deadlines to file their respective cross-motions for judgment on the ERISA administrative claim file through and including August 29, 2011, responses to the opposing party's cross motion for judgment through and including September 26, 2011 and any replies through and including October 10, 2011. It is, therefore,

**ORDERED**, that the Case Management Order previously entered by the Court is modified and that the parties shall file their respective cross-motions for judgment on the ERISA administrative claim file on or before August 29, 2011, responses to the opposing party's cross motion for judgment on or before September 26, 2011 and any replies on or before October 10, 2011.

Signed this 21st day of July, 2011.

United States District Court Judge

Submitted for Approval:

/s/ John M. Scannapieco
John M. Scannapieco (BPR No. 14473)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2352
jscannapieco@babc.com

*Attorneys for the Defendants, Metropolitan Life Insurance Company and the Verizon Wireless Health and Welfare Benefits Plan*

/s/ R. Scott Wilson (w/ permission JS)
R. Scott Wilson(BPR No. 019661)
Jeremy L. Bordelon (BPR No. 028181)
Eric Buchanan & Associates
414 McCallie Avenue
Chattanooga, TN 37402
(423) 634-2506

*Attorneys for the Plaintiff, Keesha Cooper*